JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Lisa Gennett*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LISA GENNETT,<br><br>Defendant. | CASE NO.: 2:17-cr-084-KJD-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The Government's investigation into related criminal activity of other defendants is ongoing. The instant case is related to United States v. Boyar et al., 2:17-cr-21-JCM-GWF.

2. This case is not yet ripe for sentencing.

3. The parties agree to continue the sentencing hearing until after mid-January.

4. Defense counsel has spoken to Assistant United States Attorney Daniel Cowhig, and the Government has no objection to the continuance.

5. Defense counsel has spoken to Ms. Gennett, who is not in custody, and she has no objection to the continuance.

6. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

7. The additional time requested herein is not sought for the purposes of undue delay.

8. This is the second stipulation to continue the sentencing hearing filed herein.

9. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice at the sentencing hearing, taking into account the exercise of due diligence.

# **ORDER**

IT IS THEREFORE ORDERED that the Sentencing date in this matter scheduled for September 19, 2018, be vacated and continued to the 22nd day of January, 2019, at the hour of 9:00 a.m. in courtroom 4A..

DATED AND DONE this 17th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON